UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA DEWAIN,

                  **Plaintiff,**

-vs-                                       Case No. 6:10-cv-1489-Orl-31GJK

KN GOLDSTONE, INC. and JAWAG
PIRZADA,

                  **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

On October 7, 2010, Plaintiff, Jessica DeWain, filed her two-count complaint alleging violations of Title VII of the Civil Rights Act. Doc. No. 1. On November 3, 2010, Defendants, KN Goldstone, Inc. and Jawag Pirzada, filed their answer and affirmative defenses. Doc. No. 9. The Court entered its case management and scheduling order on December 7, 2010. Doc. No. 16. On March 14, 2011, Plaintiff's counsel filed an unopposed motion to withdraw. Doc. No. 21. One of the bases for withdrawal was Plaintiff's lack of communication. Doc. No. 21 at 2, ¶ 3. The motion to withdraw also set forth Plaintiff's address as 422 Ella Mae Drive, Davenport, Florida 33897. Doc. No. 21 at 5. This Court granted Plaintiff's counsel motion to withdraw the same day. Doc. No. 22. Consequently, as of March 14, 2011, Plaintiff has been proceeding *pro se*.

On September 8, 2011, Defendants filed a Motion to Compel Plaintiff to Contact Defendants' Counsel and to Relieve Defendants [sic] Counsel from the Obligation of Scheduling

Mediation Pending such Contact. Doc. No. 25. This Court granted the motion and directed Plaintiff to file a notice with the Court setting forth Plaintiff's complete and current contact information, including a physical address, not a post office box, and serve the notice on Defendants' counsel. Doc. No. 26. Plaintiff was directed to file this notice by September 30, 2011. Doc. No. 26. If Plaintiff did not file the notice as directed, the Court relieved Defendants' counsel of her responsibility to coordinate mediation. Doc. No. 26.

As of this date, Plaintiff has not filed a notice with this Court setting forth her current address. In fact, the order was returned as "undeliverable" and Plaintiff did not provide a forwarding address. Because Plaintiff has not provided this Court with an updated, correct address, it is **RECOMMENDED** that Plaintiff's Complaint be dismissed without prejudice for failing to comply with this Court's order.

**DONE and RECOMMENDED** in Orlando, Florida on October 4, 2011.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
**Unrepresented Parties by Certified Mail**