**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESSICA DEWAIN,**

           **Plaintiff,**

**-vs-**                                                **Case No. 6:10-cv-1489-Orl-31GJK**

**KN GOLDSTONE, INC. and JAWAG PIRZADA,**

           **Defendants.**
_____

## ORDER

This cause comes before the Court on Plaintiff's Complaint (Doc. No. 1), filed October 7, 2010.

On October 4, 2011, the United States Magistrate Judge issued a report (Doc. No. 27) recommending that the complaint be dismissed without prejudice. No objections have been filed. Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    The complaint is **DISMISSED** without prejudice for failure to prosecute. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 24th day of October, 2011.

                                                                        GREGORY A. PRESNELL
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party